# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

United States of America
v.

JEREMY FOSTER ISAAC

Defendant(s)

Case No. 23-247

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 16, 2023 in the county of Allegheny in the Western District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 930(a) | Possession of A Firearm or Other Dangerous Weapon in A Federal Facility |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/Campell M. Kirk
*Complainant's signature*

Campell M. Kirk, Inspector, DHS/FPS
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 02/16/2023

*Judge's signature*

City and state: Pittsburgh, Pennsylvania

Cynthia Reed Eddy, US Magistrate Judge
*Printed name and title*