IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY FOSTER ISAAC | Magistrate No. 23-247 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Campbell Kirk, being duly sworn, do hereby state the following is true to the best of my knowledge and belief:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws of the United States and duly authorized by the Attorney General to request an arrest warrant. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I have been employed as an Inspector with the United States Department of Homeland Security / Federal Protective Service ("DHS/FPS") since January of 2017. I am currently assigned as an Inspector who investigates general crimes agent out of Pittsburgh, Pennsylvania.

2. As an Inspector, I have participated in all the normal methods of investigation, including electronic surveillance, physical surveillance, interviews of witnesses, execution of search and arrest warrants, and the use of informants and cooperating witnesses. I have investigated and assisted other agents/inspectors in investigating, federal and state firearm violations, threats to federal government employees, bomb threats to federal facilities, suspicious packages, thefts, burglaries, assaults, narcotics, threats against federal facilities/employees and destruction of government property.

3. As part of a DHS/FPS investigation your Affiant has been investigating Jeremy ISAAC (DOB: 04/25/1980) of Turtle Creek, PA for violations of Title 18, United States Code Section 930(a) which states that it is a felony crime for, "whoever knowingly possesses or causes to be present a firearm or other dangerous weapon in a Federal Facility (other than a Federal court facility), or attempts to do so, shall be fined under this title or imprisoned not more than 1 year, or both."

4. The facts in this affidavit come from my personal observations, my discussions with other investigating agents, officers, and analysts, my training and experience, my review of documents, and information obtained from witnesses. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant, and does not set forth all of my knowledge about this matter.

**CASE INITIATION AND PROBABLE CAUSE**

5. The investigation of ISAAC was initiated on February 16, 2023, after the DHS/FPS was contacted by Eugene McEachern, in reference to a firearm that was identified on the X-Ray machine in ISAAC'S personal bag. Eugene McEachern is a contracted Protective Security Officer, assigned to the William S. Moorhead Federal Building, located at 1000 Liberty Avenue, Pittsburgh, Pennsylvania 15222.

6. ISAAC'S bag contained two loaded firearms without holsters or any mechanism protecting the triggers. The first firearm was an Astra A-60 9mm, bearing serial number U6043J, with two extra magazines and a round in the chamber totaling 23 rounds. The second firearm was a Taurus G2C 9mm, bearing serial number TMD23513, with two extra magazines and a round in the chamber totaling 36 rounds.

7. I issued ISAAC two citations requiring a mandatory appearance pursuant to Code of

Federal Regulations ("CFR") violations for the possession of the two firearms on Federal Property. I issued a third CFR violation citation for failure to conform with signs and directives.

8. Approximately 20 minutes after being stopped, ISAAC was being allowed to reenter the facility to report to his employer for the workday, but he had to complete the screening process since he was not in possession of a PIV card. ISAAC walked through Walk-Through Metal Detector which alerted to his right side. Protective Security Officer Michael Ott, assigned to the William S. Moorhead Federal Building conducted secondary screening with the Hand-held Metal Detector and it alerted on his right waistline and hip area. A third loaded pistol was recovered from ISAAC's back right pants pocket. The pistol was a Smith and Wesson M&P Bodyguard .380, bearing serial number KCF6311, loaded with a magazine of six rounds.

9. The William S. Moorhead Federal Building is a Federal Government Leased Facility in Pittsburgh, Pennsylvania under Proprietary Jurisdiction.

## CONCLUSION

10. Based on the foregoing, I submit there is probable cause to believe that ISAAC was in possession of multiple weapons in violation of Title 18, United States Code Section 930(a), located within the William S. Moorhead Federal Building, under Proprietary Jurisdiction.

Respectfully submitted,

*/s/Campell M. Kirk*
Inspector Campbell M. Kirk
Homeland Security / Federal Protective Service

Sworn to before me, by telephone,
pursuant to Fed. R. Crim. P. 41(b)(2)(A),
this 16th day of February, 2023.

______________________________
HONORABLE CYNTHIA REED EDDY
UNITED STATES MAGISTRATE JUDGE